THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
4328 Redwood Hwy, Suite 300
San Rafael, CA 94903
Telephone:    415/444-5800
Facsimile:    415/444-5805
E-mail tfrankovich@disabilitylaw.com

Attorneys for Plaintiff  MARSHALL LOSKOT

WILLIAM C. GETTY (State Bar No. 157047)
MARK A. GINELLA  (State Bar No. 157047)
WILSON GETTY LLP
12555 High Bluff Drive, Suite 270
San Diego, CA 92130
Telephone:    858-847-3237
Facsimile:    858-847-3365
E-mail bgetty@wilsongetty.com; mginella@wilsongetty.com

Attorney for Defendants **MAGNOLIA HOLDINGS LLC,
dba OAK RIVER REHABILITATION;
and 3300 FRANKLIN STREET  LLC**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARSHALL LOSKOT** | **CASE NO. 2:14-cv-02056 WBS-CKD** |
| **Plaintiff,** | **STIPULATION AND [~~PROPOSED~~] ORDER FOR VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP)** |
| vs. | |
| **MAGNOLIA HOLDINGS LLC, a California Limited Liability Co., dba OAK RIVER REHABILITATION; and 3300 FRANKLIN STREET  LLC,** | |
| **Defendants** | **Complaint Filed: September 5, 2014** |

JOINT STATUS PRETRIAL SCHEDULING CONFERENCE STATEMENT

Case No., 2:14-cv-02056 WBS-CKD                                    1

The PARTIES by and through their respective attorney's of record stipulate to the Eastern Districts VDRP program to the extent that this program is comparable to non-binding voluntary private mediation ; and the parties

Further Stipulate:

(A) That the VDRP process shall be completed on or before May 31, 2015 and that the Neutral shall file a confirmation on or before June 10, 2015.

(B) Modifications to the discovery cut off and motion filing deadlines may be necessary if additional time is needed to complete a settlement and finalize it in writing. Skilled Nursing Facilities are governed by OSHPOD which often times must sign off/approve remedial work. This could have a serious effect on resolution of this action.

(C) Until an Expert Report is authored and presented to MAGNOLIA HOLDINGS LLC., and MAGNOLIA HOLDINGS LLC has an opportunity to state it's position on remedial work the Parties are not in a position at this time to state what discovery might be needed to reach a settlement. The Parties may ask for a "stay" or the "Court's assistance" if there is a stumbling block to early resolution as it pertains to discovery.

IT IS SO STIPULATED:

Dated: December 15,2014                THOMAS E. FRANKOVICH, ESQ.
                                       *A PROFESSIONAL LAW CORPORATION*


                                       By*:   /s/ Thomas E. Frankovich*
                                            Thomas E. Frankovich
                                       Attorneys for Plaintiff MARSHALL LOSKOT

JOINT STATUS PRETRIAL SCHEDULING CONFERENCE STATEMENT

Case No., 2:14-cv-02056 WBS-CKD                                                    2

Dated: ____12/15____, 2014                           WILLIAM C. GETTY
                                                     MARK A. GINELLA
                                                     WILSON GETTY LLP


                                         By: _____/s/_____
                                              Mark A. Ginella

                                         Attorneys for Defendants  **MAGNOLIA HOLDINGS LLC, a California Limited Liability Co., dba OAK RIVER REHABILITATION; and 3300 FRANKLIN STREET  LLC,**


                            ORDER


Good Cause Having Been Shown:

**IT IS SO ORDERED**: that this action be referred to VDRP of this District

Dated:  December 17, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

JOINT STATUS PRETRIAL SCHEDULING CONFERENCE STATEMENT

Case No., 2:14-cv-02056 WBS-CKD                                               3