THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy, Suite 300
San Rafael, CA     94903
Telephone:    415/444-5800
Facsimile:     415/674-9900
tfrankovich@disabilitieslaw.com

Attorney For Plaintiff , MARSHALL LOSKOT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT )<br>)<br>)<br>Plaintiffs, )<br>)<br>)<br>v. )<br>)<br>)<br>**MAGNOLIA HOLDINGS LLC, a** )<br>**California Limited Liability Co., dba** )<br>**OAK RIVER REHABILITATION; and** )<br>**3300 FRANKLIN STREET   LLC,** )<br>)<br>Defendants. )<br>)<br>_____ ) | **CASE NO. 2:14-cv-02056 WBS-CKD**<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

       The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2).   Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.

 ///

 ///

 ///

 The parties further consent to and request that the Court retain jurisdiction over enforcement of

the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: June 17, 2015                           THOMAS E. FRANKOVICH
                                               *A PROFESSIONAL LAW CORPORATION*

                                               By*: /s/ Thomas E Frankovich*
                                                   Thomas E. Frankvoich
                                               Attorney for Plaintiff MARSHALL LOSKOT


Dated: June 17, 2015                           WILSON GETTY LLP

                                               By:  /S/ Mark Ginella
                                                   MARK A. GINELLA
                                               Attorney for Defendants MAGNOLIA HOLDINGS LLC, a
                                               California Limited Liability Co., dba OAK RIVER
                                               REHABILITATION; and 3300 FRANKLIN STREET
                                               LLC,

**ORDER**

1  IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to
2 Fed.R.Civ.P.41(a)(2).   IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the
3 purpose of enforcing the parties' Settlement Agreement and General Release should such
4 enforcement be necessary.

5 Dated:   June 25, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28